IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVIN, FISHBEIN, SEDRAN & BERMAN | : | CIVIL ACTION |
| | : | NO. 09-3936 |
| Plaintiff, | : | |
| v. | : | |
| RICHARD A. JAMESON, et al., | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **14th** day of **December, 2009,** it is hereby **ORDERED** that Defendants' motions to transfer venue (doc. nos. 8, 9, 15) are **GRANTED** and that the case shall be **TRANSFERRED** to the active docket of the United States District Court for the District of Alaska.

**IT IS FURTHER ORDERED** that the case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

s\Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**